Dale M. Cendali
Joshua L. Simmons
Megan L. McKeown
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
megan.mckeown@kirkland.com

*Attorneys for Plaintiff Take-Two Interactive Software, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> ERIK CAMERON and CHRISTOPHER PEI, <br><br> Defendants. | Case No. 1:18-cv-2981 <br><br> ECF Case |

**PLAINTIFF TAKE-TWO INTERACTIVE SOFTWARE, INC.'S**
<u>**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**</u>

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, declarations, and exhibits submitted herewith, Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") will move this Court at the Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order granting a preliminary injunction against Defendants Erik Cameron and Christopher Pei from directly or indirectly infringing Take-Two's copyrights, including but not limited to, (a) creating derivative works based upon any portion of Take-Two's video games, including *Grand Theft Auto V*; (b) producing or distributing any computer programs that alter Take-Two's games, including without limitation Infamous; and (c) from participating or assisting in any such activity.

Dated: New York, New York
April 4, 2018

KIRKLAND & ELLIS LLP

*/s/ Dale M. Cendali*

Dale M. Cendali
Joshua L. Simmons
Megan L. McKeown
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
megan.mckeown@kirkland.com

*Attorneys for Plaintiff
Take-Two Interactive Software, Inc.*