Christopher Pei
40 Lake Dr.
Apt. 4
East Amherst, NY
14051
(585) 645-7635



June 20, 2018

Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court – S.D.N.Y.
500 Pearl St.
New York, NY
1007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/18

Dear Honorable Judge Kaplan,

My name is Christopher Pei, and I am representing myself in the 18-cv-02981 case. I would like to thank you for your time in advance, and ask if special consideration could possibly be given with regard to the 26(f) conference that is scheduled on Tuesday, June 26, 2018 at 10:30am.

I am currently a student at the University at Buffalo, residing in Buffalo, New York, and am having difficulty in preparing for the commute to New York. I have been officially diagnosed with autism, and have difficulty sleeping due to several conditions including sleep apnea. Because of my inability to get sufficient rest, it is extremely difficult for me to drive long distances due to severe fatigue and drowsiness. My mother has offered to help drive me, but she also has difficulty driving long distances due to her insomnia, bipolar disorder, and her caregiving of my sister who has severe autism as I am a caregiver over her also. My mother's most recent attempt to travel to New York was brought to a halt due to a serious accident involving a deer that totaled her vehicle, after only barely one hour of travel. I have also considered other methods of travel, such as train, but the overwhelming expenses involved with the entire trip make it very challenging for me. I would also like to mention that the main reason I am representing myself is due to my financial inability to afford counsel.

I must admit that I am completely unfamiliar with the procedure for any of this, and I do sincerely apologize in advance for my lack of understanding and anything caused by it. I have tried to research the details of the process and the meaning of this meeting, but due to my poor English abilities, I am still having trouble comprehending everything.

I am wondering, with my explanation of the circumstances and challenges that I am facing, if it would be somehow possible for me to be a part of this conference in any way, absent my physical presence, for example, through a phone conference or some such. I only recently was able to have confirmed that this would normally involve a physical meeting in the court room so I apologize that I have not written sooner.

Sincerely,
Christopher Pei