```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE INC.,<br><br>Plaintiff,<br><br>v.<br><br>ERIK CAMERON and CHRISTOPHER PEI,<br><br>Defendants. | CASE NO. 1:18-cv-2981(LAK)(DCF)<br><br>ECF Case<br><br>STIPULATION AND [PROPOSED] ORDER CONCERNING ERIK CAMERON'S FIRST AMENDED ANSWER |

WHEREAS, Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") filed a complaint alleging direct copyright infringement, contributory copyright infringement, breach of contract, tortious interference with contract, and unfair competition (Dkt. No. 1) against Defendants Erik Cameron ("Mr. Cameron") and Christopher Pei ("Mr. Pei");

WHEREAS, Mr. Cameron filed an answer to Take-Two's complaint on April 24, 2018 (Dkt. No. 19);

WHEREAS, Take-Two moved to strike Mr. Cameron's affirmative defenses on May 15, 2018 (Dkt. 26);

WHEREAS, Mr. Cameron opposed Take-Two's motion and cross moved for leave to file a first amended answer on June 3, 2018 (Dkt. 30);

WHEREAS, Take-Two does not oppose Mr. Cameron's cross motion for leave to file a first amended answer;

NOW, THEREFORE, upon the consent and request of Take-Two and Mr. Cameron, IT IS HEREBY STIPULATED AND AGREED THAT:

1.  Mr. Cameron may file his first amended answer within seven days of this Order.

- 1 -

2. The deadline to move to strike Mr. Cameron's first amended answer is 50 days after the date that Mr. Cameron serves his first amended answer.

3. Take-Two's motion to strike is withdrawn without prejudice and Mr. Cameron's cross motion for leave to file a first amended answer is withdrawn without prejudice. The Clerk of Court is directed to mark them as such.

_____
Dale M. Cendali
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
dale.cendali@kirkland.com

*Attorney for Plaintiff*

_____
Zachary Meyer
SUTTON SACHS MEYER PLLC
14 Pennsylvania Plaza Suite 1315
New York, NY 10122
Tel. (212) 480-4357
zachary@ssm.law

*Attorney for Defendant Erik Cameron*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 24, 2018

_____
HON. DEBRA FREEMAN
United States Magistrate Judge

- 2 -