# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

September 28, 2018

**Via ECF**

Hon. Debra Freeman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Take-Two Interactive Software, Inc. v. Cameron*, No. 18 Civ. 2981

Dear Judge Freeman:

We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. We jointly write with counsel for Defendant Erik Cameron ("Mr. Cameron") to provide a status report on settlement per Your Honor's August 15, 2018 Order.

First, Take-Two has resolved its claims against Defendant Christopher Pei ("Mr. Pei"). Judge Kaplan entered a consent judgment and stipulated permanent injunction enjoining Mr. Pei and terminating all claims against him on September 4, 2018 (Dkt. No. 42).

Second, counsel for Take-Two and Mr. Cameron continue to work together productively to determine whether a resolution between Take-Two and Mr. Cameron will be possible. At this time, the parties do not believe that further involvement from the Court is necessary, and respectfully suggest that the parties provide Your Honor with a further joint status report by Thursday, October 25.

Sincerely,

*/s/ Dale Cendali*

Dale Cendali, P.C.

cc:   Counsel of record (via ECF)

Beijing   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.