# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

September 28, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/18

Via ECF

Hon. Debra Freeman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Take-Two Interactive Software, Inc. v. Cameron*, No. 18 Civ. 2981

Dear Judge Freeman:

We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. We jointly write with counsel for Defendant Erik Cameron ("Mr. Cameron") to provide a status report on settlement per Your Honor's August 15, 2018 Order.

First, Take-Two has resolved its claims against Defendant Christopher Pei ("Mr. Pei"). Judge Kaplan entered a consent judgment and stipulated permanent injunction enjoining Mr. Pei and terminating all claims against him on September 4, 2018 (Dkt. No. 42).

Second, counsel for Take-Two and Mr. Cameron continue to work together productively to determine whether a resolution between Take-Two and Mr. Cameron will be possible. At this time, the parties do not believe that further involvement from the Court is necessary, and respectfully suggest that the parties provide Your Honor with a further joint status report by Thursday, October 25.   *granted*

SO ORDERED:   DATE: 10/12/18

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Sincerely,

Dale Cendali, P.C.

cc:   Counsel of record (via ECF)