**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

October 22, 2018

**Via ECF**

Hon. Debra Freeman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Take-Two Interactive Software, Inc. v. Cameron*, No. 18 Civ. 2981

Dear Judge Freeman:

We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. We jointly write with counsel for Defendant Erik Cameron ("Mr. Cameron") to provide a second status report on settlement per Your Honor's October 12, 2018 Order.

The parties are continuing to move toward a resolution to this case. As part of that process, Mr. Cameron will be providing Take-Two certain additional documents. We have been advised by counsel for Mr. Cameron that while those documents were transmitted from Mr. Cameron to Mr. Cameron's counsel, they were lost in the mail. Mr. Cameron recently sent a replacement set of documents to his counsel via FedEx. Take-Two is waiting for those documents. Once received, the parties will be able to further consider settlement.

At this time, the parties do not believe that further involvement from the Court is necessary, and respectfully suggest that the parties provide Your Honor with a further joint status report by Thursday, November 29.

Sincerely,

*/s/ Dale M. Cendali*

Dale Cendali, P.C.

cc:   Counsel of record (via ECF)

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.