

SUTTON SACHS MEYER PLLC
14 Penn Plaza, Suite 1315, New York, NY 10122
tel: (212) 480-4350   |   fax: (212) 480-4351   |   www.ssm.law

December 10th, 2018

*Via CM/ECF*

United States District Court,
Southern District of New York
Hon. Debra C. Freeman
500 Pearl Street, Courtroom 17A
New York, NY 10007

      *Re:*    Letter Motion: Request for Settlement Conference
                Take-Two Interactive Software, Inc. v. Cameron, *et al.*
                S.D.N.Y. Case No.  18-cv-02981 (LAK-DCF)
                Client File No. 10203-A

Dear Judge Freeman:

      I hope this finds you well. Please be advised that this firm represents co-defendant ERIK CAMERON (hereinafter, "Cameron") in the above-captioned matter.

      As a threshold matter, I write on consent of counsel for plaintiff TAKE-TWO INTERACTIVE SOFTWARE, INC. (hereinafter, "Plaintiff"), and in furtherance of the three (3) Status Reports e-filed to this Court on September 28th, 2018, October 22nd, 2018, and November 29th, 2018. (ECF Dkt. 45, 47, 49).

      Unfortunately, settlement negotiations by and between Plaintiff and Cameron have reached an impasse as to the only remaining issue, precluding a negotiated resolution to this matter. However, pursuant to Rule IV of Your Honor's Individual Practices, Cameron and Plaintiff respectfully request a Settlement Conference on any date and time that is convenient for Your Honor and all parties hereto.

      Best regards,

      /s/ ZACHARY G. MEYER, ESQ.
      e: zachary@ssm.law
      t: (212) 480-4357

*via* CM/ECF:      Counsel for Plaintiff Take-Two Interactive Software, Inc.
                       Co-Defendant Christopher Pei

1