# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

February 25, 2019

**Via ECF**

Hon. Debra Freeman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Take-Two Interactive Software, Inc. v. Cameron*, No. 18 Civ. 2981

Dear Judge Freeman:

    We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. We jointly write with counsel for Defendant Erik Cameron ("Mr. Cameron") to provide a status report on settlement per Your Honor's January 11, 2019 Order. Dkt. No. 52.

    The parties have made further progress toward resolving this case. Per Your Honor's suggestion, Mr. Cameron provided Take-Two with additional documents, which Take-Two reviewed. In response to those documents, Take-Two provided counsel for Mr. Cameron with a proposal for resolving this case. Counsel for Mr. Cameron has been traveling and indicated that he will respond to Take-Two's proposal upon his return on Monday, February 25.

    The parties thus respectfully request a one-week extension to resolve any remaining issues. If the parties cannot resolve the matter by Monday, March 4, the parties will request a follow up conference.

Sincerely,

Dale Cendali, P.C.

cc:   Counsel of record (via ECF)