# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Dale Cendali, P.C.<br>To Call Writer Directly:<br>(212) 446-4846<br>dale.cendali@kirkland.com | 601 Lexington Avenue<br>New York, New York 10022<br><br>(212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

March 4, 2019

**Via ECF**

Hon. Debra Freeman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Take-Two Interactive Software, Inc. v. Cameron*, No. 18 Civ. 2981

Dear Judge Freeman:

    We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. We jointly write with counsel for Defendant Erik Cameron ("Mr. Cameron") to provide a status report on settlement per Your Honor's February 27, 2019 Order. Dkt. No. 54.

    The parties have reached an agreement in principle to resolve the case, and will file paperwork to that effect with the Court tomorrow.

                                                                 Sincerely,

                                                                 Dale Cendali, P.C.

cc:    Counsel of record (via ECF)